UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL KARR,

             Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

             Defendant.

CASE NO. 3:15-CV-05827-DWC

ORDER GRANTING STIPULATED MOTION FOR REMAND

Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 20. After reviewing Defendant's Stipulated Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge ("ALJ") shall hold a *de novo* hearing and issue a new decision. The ALJ shall:

- Re-evaluate the medical opinion evidence, in particular the opinion of Craig Southwell, M.D.;

- Evaluate Plaintiff's subjective complaints under the provisions of SSR 16-3p;
- Reassess Plaintiff's residual functional capacity, as necessary;
- Re-evaluate Plaintiff's ability to perform her past relevant work, making specific findings, explaining and resolving any conflicts, and obtaining, as necessary, supplemental vocational expert testimony;
- As necessary, re-evaluate Plaintiff's ability to perform other work as Step Five, obtaining, if necessary, supplemental vocational expert testimony;
- Take any other actions necessary to develop the record; and
- Issue a new decision.

The parties agree that on proper motion the Court shall consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 27th day of April, 2016.

*[signature]*
David W. Christel
United States Magistrate Judge